RONALD M. SADRI v. BOROUGH OF RIVER
EDGE, ETC., ET AL.

July 11, 1989.

Petition for certification denied.

THOMAS E. SCHINDELAR v. ZENON
ZAWADSKI, ET UX., ET AL.

July 11, 1989.

Petition for certification denied.

MEDICAL INTER–INSURANCE EXCHANGE OF NEW JERSEY,
ETC. v. HEALTH CARE INSURANCE EXCHANGE, ETC.

July 11, 1989.

Petition for certification denied.

RAYMOND HILSMAN v. BOARD OF TRUSTEES OF THE
PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

July 11, 1989.

Petition for certification denied.